UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
PATRICIA ANN NANCE  
4047 TOWNSHIP RD 308  
CORNING, OH  43730

Case No:   04-70083

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-8250

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 19, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| PATRICIA ANN NANCE<br>4047 TOWNSHIP RD 308<br>CORNING, OH  43730 | 415.39 |